Zaman v 21 Century Cosmetic Dentistry (2025 NY Slip Op 50955(U))

[*1]

Zaman v 21 Century Cosmetic Dentistry

2025 NY Slip Op 50955(U)

Decided on June 12, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 12, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., James, Perez, JJ.

570597/25

Samia Calabrese Zaman, Plaintiff-Appellant,
against
21 Century Cosmetic Dentistry, Defendant-Respondent.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, New York County (Sabrina B. Kraus, J.), entered on or about November 30, 2021, after inquest, in favor of defendant dismissing the complaint.

Per Curiam.
Judgment (Sabrina B. Kraus, J.), entered on or about November 30, 2021, affirmed, without costs.
Where, as here, a defendant has failed to appear and an inquest is directed, a plaintiff must still present proof of damages at the inquest (see Paulson v Kotsilimbas, 124 AD2d 513, 514 [1986]; Wine Antiques, Inc. v St. Paul Fire & Marine Ins. Co., 40 AD2d 657 [1972], affd 34 NY2d 781 [1974]). In reviewing the record, we find that the Civil Court properly dismissed the action after inquest, since plaintiff, who admitted that she never received any dental treatment from defendant, failed to establish a prima facie case for damages causally related to the acts of defendant (see Xia Lan Lin v CAMB Magnolia House, 82 Misc 3d 127[A], *1, 2024 NY Slip Op 50319[U] [App Term, 1st Dept 2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 12, 2025